# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| LYON,<br><br>*Plaintiff*,<br><br>vs.<br><br>OLERO, INC., *et al.*,<br><br>*Defendants*. | :<br>:<br>:<br>: Case No. 1:22-cv-93<br>:<br>: Judge Jeffery P. Hopkins<br>:<br>:<br>:<br>: |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by the parties that this case has settled. *See* Doc. 44.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 3/27/2024

Hon. Jeffery P. Hopkins
United States District Judge